UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:     AUSAs Daniel Jawor, Edward Kelley

FROM:   Judge Peter J. Messitte

RE:     *Bell v. Bishop*
        No. 16-cv-1990

DATE:   November 4, 2020

\* \* \*

The Court has received Petitioner Edward Bell's Motion to Alter or Amend Judgment, ECF No. 42, self-filed on January 16, 2020, and his supplement to that motion, ECF No. 44, self-filed on May 18, 2020.

The Government shall respond to Petitioner's motion within five weeks of the date of this order.

Despite the informal nature of this ruling, it shall constitute an order of the Court, and the Clerk is directed to docket it accordingly.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:    Court File